UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M AND ORDER

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

                              RE:    Karamoke M. FUSE
                                       Docket Number:   2:11CR00104-01
                                       Expiration Date: March 20, 2011
                                       **DISMISSAL OF SUPERVISED RELEASE**
                                       **VIOLATION PETITION**

Your Honor:

On March 15, 2011, a petition was filed alleging the releasee violated the conditions of Supervised Release by committing a new law violation. Fuse appeared, as ordered, before the Court on March 24, 2011, for an initial appearance. The matter was continued to August 4, 2011, for an admit/deny hearing, to allow additional time for the pending State charges to be adjudicated. On June 29, 2011, all pending State charges were dismissed. The undersigned officer spoke with the AUSA assigned to the case, and he agrees that there is not enough probable cause to proceed with an evidentiary hearing at this time. As such, it is recommended that the supervised release violation petition filed on March 15, 2011, be dismissed, and Fuse be allowed to terminate from supervised release as scheduled.

                                   Respectfully submitted,

                                   /s/Miranda L. Hoyer
                                  MIRANDA L. HOYER
                           United States Probation Officer

Dated:        July 26, 2011
                Sacramento, California
                MLH:cp

**RE:**   Karamoke M. FUSE
        Docket Number:   2:11CR00104-01
        <u>**DISMISSAL OF SUPERVISED RELEASE VIOLATION PETITION**</u>

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                   KYRIACOS M. SIMONIDIS
                   Supervising United States Probation Officer

_____

**THE COURT ORDERS:**

( X )   The petition filed on March 15, 2011, is dismissed and the court date scheduled for August 4, 2011 is vacated.

(   )   Other:

**August 1, 2011**
**Date**                                                      UNITED STATES DISTRICT JUDGE


cc:   Todd D. Leras
      Assistant United States Attorney

      Courtney D. Fein
      Defense Counsel